# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SYNDICATE LIB 4472, etc., <br>      Plaintiffs, <br><br> v. <br><br> HORIZON TIRE, INC., et al., <br>      Defendants. | CV 21-42 DSF (PVCx) <br><br> Order REMANDING Case |

   Defendant Weisbrod Matteis & Copley PLLC removed this case on the basis of diversity jurisdiction.  However, the notice of removal fails to plead subject matter jurisdiction to the satisfaction of the Court.

   The Plaintiffs are Lloyd's underwriters and each of the underwriters' citizenships must be pleaded to plead diversity jurisdiction.  See Indiana Gas Co. v. Home Ins. Co., 141 F.3d 314 (7th Cir. 1998).  The notice of removal also fails to plead the citizenships of the Defendant PLLC and LLC.  See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).

Given the failure to plead the subject matter jurisdiction of this Court adequately, the case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: January 15, 2021

Dale S. Fischer
United States District Judge